**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Charles Harrison BARBEE,**
**Defendant–Appellant.**

**No. 07–35057.**

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

522

Submitted July 22, 2008.*

Filed Aug. 6, 2008.

Joseph H. Harrington, Esq., USSP–Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Charles Harrison Barbee, Florence, AZ, pro se.

Before: B. FLETCHER, THOMAS and WARDLAW, Circuit Judges.

MEMORANDUM **

Charles Harrison Barbee appeals pro se from the district court's order denying his Rule 60(b) motion to vacate his criminal judgment. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

The district court did not abuse its discretion in denying Barbee's motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b). Rule 60 is an improper vehicle to challenge a criminal conviction. See Fed.R.Civ.P. 1. Moreover, Barbee's motion was untimely. See Fed. R.Civ.P. 60(c)(1) (requiring that a Rule 60(b) motion be filed "within a reasonable time").

**AFFIRMED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.